### A. F. REES et al. v. STATE. (No. 12177.)

Court of Criminal Appeals of Texas.
Jan. 23, 1929.

Rehearing Denied Feb. 27, 1929.

Tarlton & Lowe, of Corpus Christi, for appellants.

A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. This is a companion case to that of A. F. Rees et al. v. State (No. 12175) 13 S.W.(2d) 856, and the two records are in the same condition.

For the reasons given in the opinion this day handed down in said cause No. 12175, the appeal in this case must be dismissed, and it is accordingly so ordered.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals, and approved by the court.

On Motion for Rehearing.

MORROW, P. J. Upon the authorities cited in the opinion on motion for rehearing in

A. F. Rees et al. v. State (No. 12175) 13 S.W. (2d) 856, this day decided, the motion for rehearing in the present case is overruled.